1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
   Special Assistant United States Attorney
4  Social Security Administration

5      160 Spear Street, Suite 800
       San Francisco, California  94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13  TREVA LYNN KELLY,              )
                                   )     CASE NO. 2:11-CV-02534-KJN
14          Plaintiff,             )
                                   )
15          v.                     )     STIPULATION AND ~~PROPOSED~~ ORDER
                                   )     FOR FIRST EXTENSION OF TIME TO FILE
16  MICHAEL J. ASTRUE,             )     DEFENDANT'S CROSS-MOTION
    Commissioner of Social Security,)
17                                 )
            Defendant.             )
18  _____ )

19         The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

20  of the attached Order, that Defendant shall have a first extension of time of 30 days to file his

21  cross-motion for summary judgment.

22         The extension is being sought due to defendant's counsel's workload during the past month

23  coupled with the Social Security Regional Counsel's office move at the end of March 2012—with all the

24  associated preparations, organization meetings, and packing—which have taken more of counsel's time

25  than projected.  Defendant's counsel is responsible for moving her own office as well as helping to pack

26  and move common office areas such as the fax and mail center, file areas, and unoccupied cubicles.

27  In addition, after the move, unpacking and technological setup/troubleshooting of computer equipment

28  has required additional unanticipated time and IT assistance before counsel's office can become fully

functional.

Given these constraints, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion for summary judgment.  The new due date will be May 7, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 3, 2012                    */s/ Bess M. Brewer*
                                         (As authorized via e-mail)
                                         BESS M. BREWER
                                         Attorney for Plaintiff

Dated: April 3, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ *Brenda M. Pullin*
                                         BRENDA M. PULLIN
                                         Special Assistant U.S. Attorney


<u>ORDER</u>

The parties' stipulation (Dkt. No. 14) is HEREBY APPROVED.  The court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

DATED:  April 5, 2012


                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

2