IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVA LYNN KELLY,

      Plaintiff,                     No. 2:11-cv-2534 KJN

     v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.                 <u>ORDER</u>

/

         On October 5, 2011, the court issued an "Order Re Consent or Request for Reassignment" which stated that "[w]ithout the written consent of all parties, pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case. Accordingly, within 90 days, all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment." (Dkt. No. 7-1.) Although that deadline has passed, the court's record shows that plaintiff has not yet filed the above-mentioned form, and the court is presently unable to determine whether the case needs to be reassigned to a United States District Judge.

         Accordingly, within fourteen (14) days of this order, plaintiff shall file a statement indicating whether or not plaintiff wishes to consent to the jurisdiction of a United States

1

Magistrate Judge for all further proceedings, including the entry of a final judgment, pursuant to 28 U.S.C. § 636(c).

        IT IS SO ORDERED.

DATED: September 18, 2012

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE